```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SMART STUDY CO.,                      :
                                      :
          Plaintiff,                  :
                                      :
     v.                               :    20-cv-7889 (JSR)
                                      :
BICHHA123, ET AL.,                    :
                                      :
          Defendants.                 :
------------------------------------- x

------------------------------------- x
SMART STUDY CO.,                      :
                                      :
          Plaintiff,                  :
                                      :
     v.                               :    20-cv-7890 (JSR)
                                      :
B+BABY STORE, ET AL.,                 :
                                      :
          Defendants.                 :
------------------------------------- x
```

ORDER

JED S. RAKOFF, U.S.D.J.

Counsel in the above-captioned cases were advised to inform the Court by September 2, 2021 if they believed there were any issues remaining in the cases or to otherwise seek default judgment against any remaining defendants. Counsel has not done so, nor taken any action in either case in over a year. Accordingly, the Court dismisses the cases as abandoned as to all remaining defendants. The Court directs the Clerk to enter judgment and close the cases.

SO ORDERED.

Dated:  New York, NY
        June 17, 2022

_____
JED S. RAKOFF, U.S.D.J.