# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SMART STUDY CO.,

                      Plaintiff,                    20 **CIVIL** 7889 (JSR)

      -v-

BICHHA123, ET AL.,

                      Defendants.

------------------------------------------------------------X

SMART STUDY CO.,

                      Plaintiff,                    20 **CIVIL** 7890 (JSR)

## **JUDGMENT**

      -v-

B+BABY STORE, ET AL.,

                      Defendants.

------------------------------------------------------------X

      It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 17, 2022, counsel in the above-captioned cases were advised to inform the Court by September 2, 2021 if they believed there were any issues remaining in the cases or to otherwise seek default judgment against any remaining defendants. Counsel has not done so, nor taken any action in either case in over a year. Accordingly, the Court has dismissed the cases as abandoned as to all remaining defendants; accordingly, the cases are closed.

**Dated:**  New York, New York
           June 21, 2022

                                                        **RUBY J. KRAJICK**

                                                        _____

                                                            **Clerk of Court**

                                 **BY:**    *K. Mango*

                                                              **Deputy Clerk**